IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAREN HILE, | ) | CASE NO. 8:06CV472 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| METROPOLITAN LIFE INSURANCE, Company of America, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Joint Stipulation for Dismissal. The stipulation satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved.

IT IS ORDERED:

1. The Joint Stipulation for Dismissal (Filing No. 14) is approved, and the relief requested therein shall be granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. Unless otherwise agreed by and between the parties, the parties shall pay their own costs and fees.

DATED this 18th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge